International Text Book Company, Appellant, v. Ernest Rosenburgh, Respondent.— Judgment affirmed, with costs. All concurred.

Matthew F. Walsh, Individually and as Administrator, etc., of Margaret M. F. Walsh, Deceased, Appellant, v. Sarah Denison, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Lavin, Appellant, v. John A. Thomas, as Executor, etc., of Patrick Lavin, Deceased, and Others, Respondents.— Judgments and order reversed and new trial ordered, with costs to the appellant to abide event. Held, that the direction of a verdict was error. The case should have been submitted to the jury. All concurred.

James Flaherty, as Executor, etc., of Catherine Beach, Deceased, Respondent, v. Lou P. Allis, Appellant.— Judgment reversed, with costs in this and the courts below. Held, that the evidence failed to establish a cause of action in conversion. All concurred.

Frank E. Wallingford, Respondent, v. Harry Kaiser, as Sheriff of the County of Erie, Appellant.— Judgment and order affirmed, with costs. All concurred.

Anna M. Jacobs, as Executrix, etc., of Louis Jacobs, Deceased, Respondent, v. Jay M. Jacobs, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide event. Held, that the court committed error, among other things, in rejecting evidence tending to prove that the plaintiff was not the owner of the property in question. All concurred.

County of Erie, Respondent, v. John W. Neff, Appellant, Impleaded with Rowland J. Conover and Others.— Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Edward Garvey, Appellant, v. Oldbury Electro-Chemical Company, Respondent.— Order affirmed, with costs. All concurred.

Salvatore Cardino, Appellant, v. Lehigh Valley Railroad Company, Respondent.— Order affirmed, with costs. All concurred, except Kruse, J., who dissented.

William Skinner v. Le Roy Hydraulic Electric Gas Company.— Motion denied, with ten dollars costs and disbursements; Robson, J., not sitting.

William H. Thompson, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion denied, without costs, on the ground that the appellant is